# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MELODY MATHES,<br><br>　　　　　Plaintiff,<br>v.<br><br>GREENSKY, LLC,<br><br>　　　　　Defendant. | **Case No. 2:20-cv-00541-MHH**<br><br>**STATUS REPORT** |

Pursuant to the Court's Order Staying Case, Plaintiff hereby reports to the Court the status of the above-captioned matter as follows:

1) The Court entered an Order Staying Case on August 14, 2020 [Dkt. 12].

2) Since the Order has been entered, counsel for Plaintiff has been in communication with the General Attorney for the Estate.

3) The General Attorney for the Estate is in agreement to dismiss the matter.

4) Plaintiff is awaiting the General Counsel for Trustee to file a final bankruptcy report for the bankruptcy Court's approval.

5) Plaintiff requests that the Court reset for a status update 60 days from the date of this filing.

　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: November 16, 2020.

　　　　　　　　　　　　　　　　By: */s/ Joshua C. Snable*
　　　　　　　　　　　　　　　　Joshua C. Snable
　　　　　　　　　　　　　　　　Bar Number: ASB-5485-H65S
　　　　　　　　　　　　　　　　*Attorney for Plaintiff Melody Mathes*

FOR THE FIRM
Snable Law, LLC
The Historic Enslen House
2737 Highland Avenue South
Birmingham, AL 35205
T: (205) 582-8000
F: (205) 939-0789
E: jsnable@snablelaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 16, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system. Notice of such filing will be sent to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

                                           */s/ Joshua C. Snable*