UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MELODY MATHES,<br><br>            Plaintiff,<br>v.<br><br>GREENSKY, LLC,<br><br>            Defendant. | Case No. 2:20-cv-00541-MHH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Melody Mathes ("Plaintiff"), by and through her undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismisses this action against GreenSky, LLC without prejudice.

Respectfully Submitted,

Dated: January 8, 2021.

By: */s/ Joshua C. Snable*
Joshua C. Snable
Bar Number: ASB-5485-H65S
*Attorney for Plaintiff Melody Mathes*

FOR THE FIRM
Snable Law, LLC
The Historic Enslen House
2737 Highland Avenue South
Birmingham, AL 35205
T: (205) 582-8000
F: (205) 939-0789
E: jsnable@snablelaw.com