# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MELODY MATHES,** | } |
| | } |
| Plaintiff, | } |
| | } |
| v. | } Case No.: 2:20-cv-00541-MHH |
| | } |
| **GREENSKY, LLC,** | } |
| | } |
| Defendant. | } |

## ORDER

Plaintiff has filed a Notice of Voluntary Dismissal Without Prejudice pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 15). The defendant has not filed an answer or a motion for summary judgment. Although plaintiff's notice is self-executing, the Court enters this Order to ask the Clerk to please close the file.

**DONE** and **ORDERED** this January 11, 2021.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE